No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HAROLD FIELDS, Respondent, v. JOSEPH L. ROSENBERG, Appellant.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROBERT J. FLOOD, Doing Business under the Firm Name of FLOOD AND COMPANY, Appellant, v. M. STEINTHAL & CO., INC., Respondent.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HAROLD FIELDS v. JOSEPH L. ROSENBERG.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

UNITED STATES OF AMERICA v. LOUIS H. PINK, Superintendent of Insurance of the State of New York. BENJAMIN N. KRAUT et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FOUR PARK AVENUE CORPORATION against JOSEPH LILLY et al.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ALLEGRO FOR CHILDREN, INC., v. BENJAMIN WEISBROD.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ROBERT D. EMMERICH v. CENTRAL HANOVER BANK AND TRUST COMPANY.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of THE BANK OF UNITED STATES. WILLIAM R. WHITE, as SUPERINTENDENT OF BANKS et al.; BAYOU INTERESTS, INC.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., taking no part.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. CORN EXCHANGE BANK TRUST COMPANY.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HANS BARTSCH v. SELECT THEATRES CORPORATION et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THELMA B. S. LEWISOHN v. DIAL PRESS, INC.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ROSALIND LEVY, an Infant, by BENJAMIN LEVY, Her Guardian ad Litem, v. WILLIAM MEYER et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BEN STERNFELD v. VANITY BRIDGE CLUB, INC.—